DOA: 7/30/2025

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| v. | CASE NUMBER:  25-6333MJ |
| Troy Patrick Fedina | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date described in Attachment A in the County of Maricopa in the District of Arizona, Defendant Troy Patrick Fedina violated Title 18, United States Code, Sections 922(g)(1) and 924(a)(8), and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), offenses described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:          ☒Yes          ☐ No

AUTHORIZED BY: Patrick E. Chapman, AUSA

*Patrick E. Chapman*
Digitally signed by PATRICK CHAPMAN
Date: 2025.07.31 10:50:30 -07'00'

| | |
|---|---|
| SA Alexander Schilke, ATF | ALEXANDER SCHILKE — Digitally signed by ALEXANDER SCHILKE Date: 2025.07.31 09:40:34 -07'0 |
| Name of Complainant | Signature of Complainant |

Sworn to telephonically before me

| | | |
|---|---|---|
| July 31, 2025@11:08am | at | Phoenix, Arizona |
| Date | | City and State |

| | |
|---|---|
| HONORABLE ALISON S. BACHUS | |
| United States Magistrate Judge | |
| Name & Title of Judicial Officer | Signature of Judicial Officer |

## ATTACHMENT A

## DESCRIPTION OF COUNTS

### COUNT 1

**Felon in Possession of a Firearm**

On or about June 26, 2025, in Maricopa County, within the District of Arizona, Defendant TROY PATRICK FEDINA, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate or foreign commerce, to wit:

- one (1) Haskell Model JHP .45 caliber pistol, serial number X4389379.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### COUNT 2

**Possession with Intent to Distribute Fentanyl**

On or about June 26, 2025, in Maricopa County, within the District of Arizona, Defendant TROY PATRICK FEDINA did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], propanamide (commonly known as fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Alexander Schilke, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent (SA) with Bureau of Alcohol, Tobacco, Firearms and Explosives and have been since May 2023.  I am presently a member of the ATF Phoenix Field Division Group II. As an ATF SA, my duties and responsibilities include conducting criminal investigations of individuals and entities for possible violations of federal and state laws.  I am a graduate of the Federal Law Enforcement Training Center where I completed over 600 hours of training, which included constructive interviews, arrest techniques, federal law, firearms law, and report writing. As an ATF SA, I have previously participated in investigations which resulted in the arrests, searches, and seizures of individuals and property. I have participated in the use of cooperating informants, undercover agents, video surveillance, GPS tracking devices, search warrants, and audio surveillance, among other law enforcement techniques, during my career with ATF. During my tenure with the ATF, I have participated in numerous investigations that involve possession of firearms and ammunition by prohibited persons. I am familiar with federal firearm and ammunition laws. I have also participated in numerous investigations involving the possession and sale of illegal narcotics.

2.      Prior to my employment with ATF, I worked as a Patrol Officer with the City of East Grand Forks, Minnesota Police Department for 12 years. During my employment with the City of East Grand Forks Police Department, I held positions as a Field Training Officer, Drug Recognition Expert, and Use of Force Trainer.  While employed in this position, I wrote and participated in numerous search warrants for residences and electronic devices. I also participated in numerous felony-level narcotics investigations, which included interviewing and debriefing drug offenders. I attended the Alexandria Technical and Community College Law Enforcement Skills Program and

received training in firearms, tactics, arrest techniques, interviewing, and investigatory techniques.  Based on training and experience, I am familiar with the methods used for firearms and narcotics trafficking.

3.      The facts in this Statement of Probable Cause come from my personal observations, my training and experience, information obtained from other agents involved in this investigation, and information obtained from witnesses. Based on the below facts, I submit there is probable cause that Troy Patrick FEDINA (FEDINA) committed the offenses of Felon in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8), and Possession with Intent to Distribute Fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## PROBABLE CAUSE

4.      In May 2025, a confidential informant informed ATF of an individual who was a source of fentanyl powder and firearms in the Phoenix, Arizona area. This individual was later identified as Troy FEDINA, YOB:1984, by showing the confidential informant FEDINA's driver's license photograph, which they identified as FEDINA.

5.      ATF SAs conducted a check of FEDINA's criminal history and found that he has multiple felony convictions for drug-related charges, as well as several other criminal convictions. Specifically, FEDINA has the following convictions in his criminal history: Felony Possession of Drug Paraphernalia (Gila River, Arizona) on November 5, 2019; Misdemeanor Assault (Maricopa County, Arizona) on June 19, 2006; Felony Drug Paraphernalia Violation (Phoenix, Arizona) on June 19, 2013; Felony Drug Paraphernalia Possession (Gila River, Arizona) on November 5, 2019; Misdemeanor Assault (Peoria, Arizona) on June 6, 2018; Possession of Dangerous Drugs (Peoria, Arizona) on October 21, 2022; and Possession of Dangerous Drugs (Peoria, Arizona) on May 1, 2024. Additionally, FEDINA appears to be on felony probation in Yavapai County for Possession of Narcotic Drugs and Possession of Drug Paraphernalia in CR2025-80026. I am aware that felony convictions would make FEDINA a prohibited possessor of firearms.

6.      On June 4, 2025, an ATF SA, acting in an undercover (UC) capacity, was

in direct contact with FEDINA. On this date, FEDINA gave the ATF UC a phone number to contact him directly in the future to facilitate the purchase of firearms and narcotics.

### UNDERCOVER PURCHASE ON JUNE 26, 2026

7.    On June 26, 2025, an ATF UC coordinated a purchase of fentanyl powder and one firearm from FEDINA. The UC communicated with FEDINA through text messages with the number FEDINA previously supplied to set up the transaction.

8.    On June 26, 2025, FEDINA sold 26 grams (including packaging weight) of suspected fentanyl powder and one Haskell Model JHP .45 caliber pistol with serial number X4389379 to an ATF UC in Phoenix, Arizona. The suspected fentanyl powder was purchased for $800 from FEDINA and the firearm was purchased for $100.

9.    I am aware through training and experience that this firearm was not manufactured in Arizona and thus traveled in interstate commerce to reach the state.

10.    The suspected fentanyl was sent to the Drug Enforcement Administration Laboratory for analysis and confirmed to be fentanyl at 12% purity with a total weight of 25.3 grams.

### UNDERCOVER PURCHASE ON JULY 10, 2025

11.    On July 10, 2025, the ATF UC coordinated another purchase of fentanyl powder from FEDINA. Similarly, the ATF UC used the phone number FEDINA provided to coordinate this transaction via text message.

12.    On this date, the ATF UC purchased 2.7 ounces (including packaging weight) of suspected fentanyl powder from FEDINA for $2,200 at a controlled purchase location in Phoenix, Arizona.

13.    The suspected fentanyl that was purchased from FEDINA on this date was sent to the Drug Enforcement Administration Laboratory for analysis and is pending.

### JULY 30, 2025 SEARCH WARRANT EXECUTION

14.    On July 25, 2025, United States Magistrate Judge Eileen S. Willett authorized a search warrant for FEDINA's residence. Agents executed the warrant on July

30, 2025, and found the following items, which were attributable to FEDINA (weights are approximate):

    a.  14.6 ounces of suspected fentanyl powder;

    b.  12 ounces of suspected methamphetamine;

    c.  100 grams of suspected black tar heroin;

    d.  97 grams of blue M30 pills (suspected counterfeit fentanyl);

    e.  Two firearms.

## CONCLUSION

15.    Accordingly, there is probable cause that Troy Patrick FEDINA committed the offenses of Felon in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8), and Possession with Intent to Distribute Fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C). I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

ALEXANDER SCHILKE
Digitally signed by ALEXANDI SCHILKE
Date: 2025.07.31 09:41:07 -07'00'

_____
Alexander Schilke
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to telephonically and subscribed electronically this  31st  day of July, 2025.

_____
HONORABLE ALISON S. BACHUS
United States Magistrate Judge